

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2020

No. 04-19-00468-CR

John Anthony **VEGA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5622
Honorable Mark R. Luitjen, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Patricia O. Alvarez, Justice
                Liza A. Rodriguez, Justice

Appellant has filed a document pro se. Our records show Appellant is represented by counsel in this appeal. If an appellant is represented by counsel in an appeal, the appellant is not entitled to "hybrid representation," meaning that pro se filings present nothing for this court to rule on, and we may only respond to and rule on documents filed by the appellant's attorney. *See Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001); *Flores v. State*, 625 S.W.2d 44, 47 (Tex. App.—San Antonio 1981, pet. ref'd).

Appellant may request a copy of the appellate record from his appellate counsel. *See Kelly v. State*, 436 S.W.3d 313, 323 (Tex. Crim. App. 2014) (Alcala, J., concurring) (pointing to the continuing duty of appellate counsel to provide a copy of the appellate record to the client).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2020.

MICHAEL A. CRUZ,
Clerk of Court